# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THURMAN HARVEY HINES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-529-R ) ) |
| JOE ALLBAUGH, et al., | ) ) |
| Defendants. | ) |

## ORDER

Plaintiff Thurman Harvey Hines, a state prisoner appearing *pro se*, filed this action pursuant to 42 U.S.C. § 1983, asserting various violations of his constitutional rights. *See* Docs. 1, 6. Pursuant to 28 U.S.C. § 636(b)(1), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. *See* Doc. 5. On June 12, 2019, Judge Mitchell issued a Report and Recommendation, wherein she recommended the action be transferred to the United States District Court for the Eastern District of Oklahoma "in the interest of justice." *See* Doc. 6, at 6. Plaintiff objected to the Report and Recommendation, *see* Doc. 7, giving rise to the Court's obligation to undertake a *de novo* review of those portions of the Report and Recommendation to which he makes specific objection.

Plaintiff argues against transfer of this case because, among other reasons, "this Court [is] very familiar" with the parties. Doc. 7, at 2. Respectfully, the Court finds Plaintiff's vague assertions unconvincing, and it agrees with the rationale stated in Judge Mitchell's Report and Recommendation. Accordingly, the Report and Recommendation is

hereby adopted, and the Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 9th day of July, 2019.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE