In The United States District Court
Eastern District Of Oklahoma

Thurman Harvey Hines
  Plaintiff

vs.

Joe Allbaugh et al
  Defendant(s)

CIV-19-215-JHP-SPS

**FILED**
FEB 10 2020
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

## Change Of Address

To the Clerk of this court Patrick Keaney and all parties of record:

Please note my Change of Address in the above styled case:

Thurman Harvey Hines
#192245 - Prison ID Number
2627 N.E. 18th Street
Oklahoma City, Oklahoma 73111

/s/ Thurman Hines

I, the undersigned, Plaintiff hereby certify that on February 07, 2020, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System. See.

I further hereby certify that on February 07, 2020, I filed the attached document with the Clerk of Court and served this document by U.S. Mailing Service on the following, who are not registered participants of the Electronic Case Filing System: _____

/s/ Thurman Hines