### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **THURMAN HARVEY HINES,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOE ALLBAUGH, et al.,** )<br>)<br>Defendants. ) | **No. CIV 19-215-RAW-SPS** |

### OPINION AND ORDER DENYING PLAINTIFF'S
### SECOND AND THIRD MOTIONS FOR APPOINTMENT OF COUNSEL

On June 16, 2020, Plaintiff filed two motions for appointment of counsel (Dkts. 79, 80). He alleges, among other things, that since his release from custody, he has been indigent and homeless. He is, however, receiving adequate medical and mental health treatment. He asserts the numerous constitutional claims in his case are complex, and he has limited access to online legal materials.

There is no constitutional right to appointment of counsel in a civil case. *Durre v. Dempsey*, 869 F.2d 543, 547 (10th Cir. 1989); *Carper v. DeLand*, 54 F.3d 613, 616 (10th Cir. 1995). The decision whether to appoint counsel in a civil matter lies within the discretion of the district court. *Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991). "The burden is on the applicant to convince the court that there is sufficient merit to his claim to warrant the appointment of counsel." *Steffey v. Orman*, 461 F.3d 1218, 1223 (10th Cir. 2006) (quoting *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004)). It is not enough "that having counsel appointed would [assist the prisoner] in presenting his strongest

possible case, [as] the same could be said in any case." *Steffey*, 461 F.3d at 1223 (quoting *Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995)).

The Court again has carefully reviewed the merits of Plaintiff's claims, the nature of the factual issues raised in his allegations, and his ability to investigate crucial facts. *See McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). The Court concludes the issues are not complex, and Plaintiff appears capable of adequately presenting facts and arguments.

**ACCORDINGLY,** Plaintiff's second and third motions for appointment of counsel (Dkts. 79 and 80) are DENIED.

**IT IS SO ORDERED** this 25th day of June 2020.

Ronald A. White
United States District Judge
Eastern District of Oklahoma